UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

NATIONAL FEDERATION OF THE
BLIND, ON BEHALF OF ITS MEMBERS
AND ITSELF, AND HEIDI VIENS,
               Plaintiffs,

    v.

SCRIBD, INC.,
               Defendant.

Docket No. 2:14-cv-00162-wks

## ORDER

On February 10, 2015, Plaintiffs filed an Unopposed Motion to Request Transcriptionists for Plaintiffs' Attorney.

Plaintiffs' Attorney Haben Girma is deafblind. Pursuant to "Guidelines for Providing Services to the Hearing-Impaired and Other Persons with Communications Disabilities," *Guide to Judiciary Policies and Procedures*, Vol. I (Administrative Manual), Ch. III, Part H, this Court finds that speech-to-Braille transcription is an appropriate auxiliary service necessary to ensure that Attorney Girma will be able to fully participate in the in-court proceedings in this matter.

Plaintiffs' motion is, therefore, GRANTED, and plaintiffs' attorneys are instructed to cooperate as necessary with the Court Clerk to identify and secure, at the Judiciary's expense, satisfactory speech-to-Braille transcription services as described in the Motion.

DATED AT Burlington, in the District of Vermont, this 10th day of February, 2015.

                                         /s/ William K. Sessions III_____
                                         William K. Sessions III
                                         Judge for the U.S. District Court
                                         District of Vermont