UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | |
|---|---|
| NATIONAL FEDERATION OF THE BLIND, ON BEHALF OF ITS MEMBERS AND ITSELF, AND HEIDI VIENS,<br>　　　　　　　Plaintiffs,<br><br>　　v.<br><br>SCRIBD, INC.,<br>　　　　　　　Defendant. | Docket No. 2:14-cv-00162-wks |

## **PLAINTIFFS' SUPPLEMENTAL EXHIBIT REGARDING CITATIONS**

It has come to Plaintiffs' attention that their Memorandum of Law Opposing Motion to Dismiss (December 29, 2014) (the "Memorandum") inadvertently cited to the dissent in *Michigan v. Bay Mills Indian Community*, 134 S. Ct. 2024, 2052 (2014) (Thomas, J., dissenting), for the proposition that "congressional inaction cannot establish an affirmative legal rule." ECF No. 18 at 14. The principle is well established in other U.S. Supreme Court cases, including *Helvering v. Hallock*, 309 U.S. 106, 121 (1940), which also is cited in Plaintiffs' Memorandum.

Additionally, some of the citations contained in Plaintiffs' Memorandum were difficult to locate without a hyperlink, and one was improperly formatted. Plaintiffs therefore submit the following supplemental citations, together with parenthetical notations indicating their location in the Memorandum:

1. Paul Downs, *The Information We Still Need to Manage Our Health Care*, N.Y. Times, Jan. 6, 2014, *available at*: http://boss.blogs.nytimes.com/2014/01/06/the-information-we-still-need-to-manage-our-health-care/. (cited at p. 11, footnote 6 in the Memorandum).

2. Jenna Wortham, *On Instagram, a Bazaar Where You Least Expect It*, N.Y. Times, March 8, 2014, *available at*: http://bits.blogs.nytimes.com/2014/03/08/on-instagram-a-bazaar-where-you-least-expect-it/. (cited at p. 11, footnote 7 in the Memorandum).

3. *Harvard University Press to Sell Nearly 1,000 Digital Books on Scribd*, MarketWired, July 16, 2009, *available at*: http://www.marketwired.com/press-release/harvard-

university-press-to-sell-nearly-1000-digital-books-on-scribd-1216565.htm. (cited at p. 11, footnote 13 in the Memorandum).

4. S. Rep. No. 101-116, 54 (1989), *available at:* ftp://ftp.fcc.gov/pub/Bureaus/OSEC/library/legislative_histories/1387.pdf. (cited at p. 13, paragraph 1 in the Memorandum).

5. Statement of Samuel R. Bagenstos, Principal Deputy Assistant Attorney General for Civil Rights at the Department of Justice, Hearing Before the H. Subcomm. on the Constitution, Civil Rights, and Civil Liberties of the H. Comm. on the Judiciary, Concerning Emerging Technologies and the Rights of Individuals with Disabilities, at 6 (April 22, 2010), *available at:* http://judiciary.house.gov/_files/hearings/pdf/Bagenstos100422.doc (cited at p. 18, paragraph 1 in the Memorandum).

6. Brief of the United States of America as Amicus Curiae in Support of Appellant, *Rendon v. Valleycrest Prods., Ltd.*, No. 01-11197, 2001 WL 34094038. (cited at p. 18, footnote 18 in the Memorandum).

Dated: February 26, 2015                                   Respectfully submitted,

    */s/  Laurence Paradis*                              */s/  Daniel F. Goldstein*
DISABILITY RIGHTS ADVOCATES           BROWN, GOLDSTEIN & LEVY, LLP
LAURENCE PARADIS (*pro hac vice*)         DANIEL F. GOLDSTEIN (*pro hac vice*)
lparadis@dralegal.org                              dfg@browngold.com
HABEN GIRMA (*pro hac vice*)                GREGORY P. CARE (*pro hac vice*)
hgirma@dralegal.org                                gpc@browngold.com
2001 Center Street, Fourth Floor            120 E. Baltimore Street, Suite 1700
Berkeley, CA  94704-1204                       Baltimore, MD 21202
Ph: (510) 665-8644 | Fx: (510) 665-8511    Ph: (410) 962-1030 x1314
TTY: (510) 665-8716                               Fx: (410) 385-0869

REBECCA RODGERS (*pro hac vice*)            */s/  James T. DeWeese*
rrodgers@dralegal.org                             LANGROCK SPERRY & WOOL, LLP
40 Worth Street, 10th Floor                     EMILY J. JOSELSON (VT BAR NO. 683)
New York, NY 10013                              ejoselson@langrock.com
Ph: (212) 644-8644 | Fx: (212) 644-8636   JAMES T. DEWEESE
TTY: (510) 665-87                                   jdeweese@langrock.com
                                                              111 S. Pleasant Street
                                                              PO Drawer 351
                                                              Middlebury, VT 05753-0351
                                                              Ph: (802) 388-6356 | Fx: (802) 388-6149

                                                              *Attorneys for Plaintiffs*