# UNITED STATES DISTRICT COURT
# DISTRICT OF VERMONT

| | |
|---|---|
| NATIONAL FEDERATION OF THE BLIND, on behalf of its members and itself, and HEIDI VIENS,<br><br>      Plaintiffs,<br><br>      v.<br><br>SCRIBD, INC.,<br><br>      Defendant. | Docket No. 2:14-cv-0162-wks |

## ORDER AMENDING FIRST AMENDED DISCOVERY SCHEDULE/ORDER PENDING SETTLEMENT NEGOTIATIONS FOR SIXTY (60) DAYS

The parties submit the following Second Amended Discovery Schedule to extend the remaining deadlines in the First Amended Scheduling Order proposed July 9, 2015 as follows:

3. Depositions of all non-expert witnesses shall be completed by November 13, 2015.

4. Plaintiffs' shall submit expert witness reports on or before December 4, 2015. Depositions of Plaintiffs' expert witnesses shall be completed by January 29, 2016.

5. Defendant shall submit expert witness reports on or before December 28, 2015. Depositions of Defendant's expert witnesses shall be completed by January 29, 2016.

6. The Early Neutral Evaluation session shall be conducted on

November 17, 2015 at 10:00 a.m. The parties have agreed that Richard T. Cassidy, Esq. will serve as the early neutral evaluator.

7. The parties shall serve all requests for admission on or before January 29, 2016.

8. All discovery shall be completed by March 4, 2016.

9. Motions for joinder of parties and amendments to the pleadings shall be filed on or before October 30, 2015.

10. Motions, including summary judgment motions but excluding motions relating to the conduct of the trial, shall be filed on or before April 15, 2016.

11. This case shall be ready for trial by August 1, 2016.

The parties also agree the deadline for responding to all pending discovery requests be extended 60 days from the present due date.

**APPROVED and SO ORDERED:**

Dated at Burlington, in the District of Vermont, this 28th day of July, 2015.

/s/ William K. Sessions III
William K. Sessions III
District Court Judge

2