# UNITED STATES DISTRICT COURT
# FOR THE
# DISTRICT OF VERMONT

| | |
|---|---|
| NATIONAL FEDERATION OF THE BLIND, on behalf of its members and itself, and HEIDI VIENS,<br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>SCRIBD, INC.,<br>　　　　　　Defendant. | Docket No. 2:14-cv-00162-wks<br><br>ORDER |

## ORDER GRANTING STIPULATED/JOINT MOTION
## TO DISMISS PURSUANT TO F.R.C.P. 41(a)(2)

　　The Court, having reviewed the Stipulated/Joint Motion to Dismiss Pursuant to F.R.C.P. 41(a)(2) filed by all parties, and being familiar with the record of this case, dismisses this action with prejudice.  The Court shall retain jurisdiction over this case to adjudicate any motion to specifically enforce the parties' Settlement Agreement and resolve disputes with respect to alleged breach thereof, only.

 Dated at Burlington, in the District of Vermont, this  19th  day of  November, 2015.

　　　　　　　　　　　　　　　　　　　　/s/ William K. Sessions III
　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　William K. Sessions III
　　　　　　　　　　　　　　　　　　　　District Court Judge

662416.1